IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE MARTIN** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-460-TFM-MU |
| | ) |
| **JOHN HAMM**, Commissioner, Alabama | ) |
| Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED** and **DISMISSED with prejudice**.

As set forth in the Recommendation of the Magistrate Judge, a Certificate of Appealability is hereby **GRANTED** as to the following issues:

(1) whether the State waived any exhaustion defense to the Sufficiency Claim by acknowledging that the claim "was presented on direct appeal" in its response to the petition;

(2) whether Martin exhausted his Sufficiency Claim in state court by bringing state law claims based on the same "reasonable doubt" standard applicable to federal claims;

(3) whether, if the Sufficiency Claim was exhausted, the Alabama courts' conclusion that the State sufficiently proved that Martin committed murder for pecuniary gain was contrary to, or involved an unreasonable application of, clearly established federal law or was based on an unreasonable determination of facts in light of the evidence;

(4) whether the Alabama courts' decision to uphold the Preclusion Order was contrary to, or involved an unreasonable application of, clearly established Federal law as determined by the

Supreme Court of the United States, specifically the Confrontation Clause of the Sixth Amendment; and

(5) whether the Alabama courts' decision to uphold the Preclusion Order was contrary to, or involved an unreasonable application of, clearly established Federal law as determined by the Supreme Court of the United States, specifically the Sixth and Fourteenth Amendments of the Constitution and the ensuing right to present a complete defense.

**DONE** and **ORDERED** this 20th day of May, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE